**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
DEPT. OF JUSTICE
2009 DEC 18 P 3:09
UNITED STATES MARSHAL
NORTHERN DISTRICT OHIO
TOLEDO, OHIO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Franklin E. Long | 3:09 CV 01778 JZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Diversified Collection Services, Inc. | Summons and complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Diversified Collection Services, Inc. C/O CT Corporation System
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1300 East Ninth Street, Cleveland OH 44114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Frank Long
461 W Lytle St #130
Fostoria OH 44830

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

Please be sure to include the "C/O CT Corporation System" in the address.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER: 567-245-0079   DATE: 12/7/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date: 12/18/09 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/23/09   Time: 12:00 ☐am ☒pm

Signature of U.S. Marshal or Deputy

| Service Fee: ∅ | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges: ∅ | Advance Deposits | Amount owed to U.S. Marshal* (Amount of Refund*) $0.00 |

REMARKS:   Cert. Mail

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
12/18/09

7003 3110 0001 7733 6677

Sent To: Diversified Coll. Serv. c/o CT Corp
Street, Apt. No.; or PO Box No.: 1300 E. Ninth St.
City, State, ZIP+4: Cleveland, OH 44114

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diversified Collection Service
c/o CT Corporation System
1300 E. Ninth St.
Cleveland, OH 44114

3:09CV1778

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Kelly R. Walker
   CT Corporation System
X  1300 East 9th Street    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    Cleveland    DEC 2 3 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0001 7733 6677

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540