**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| FRANKLIN E. LONG, | : | CASE NO. 3:09 CV 01778 |
| Plaintiff, | : | JUDGE: Jack Zouhary |
| v. | : | |
| DIVERSIFIED COLLECTION SERVICES, INC., | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| | : | |
| Defendant. | | |

Now comes John P. Langenderfer of Surdyk, Dowd & Turner Co., L.P.A., and enters his appearance as trial counsel for Defendant Diversified Collection Services, Inc.

                                          Respectfully submitted,

                                          s/John P. Langenderfer
                                          John P. Langenderfer (0079094)
                                          SURDYK, DOWD & TURNER CO., L.P.A.
                                          1 Prestige Place, Suite 700
                                          Miamisburg, OH 45342
                                          Tel.: (937) 222-2333
                                          Fax: (937) 222-1970
                                          jlangenderfer@sdtlawyers.com
                                          Trial Attorney for Defendant Diversified Collection Services, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the court's CM/ECF system on January 13, 2010, and served via regular U.S. Mail which will send notification of such filing to the following:

Franklin E. Long
Apartment # 130
461 West Lytle Street
Fostoria, Ohio 44830
*Pro se Plaintiff*

                                            s/John P. Langenderfer
                                            John P. Langenderfer (0079094)